# EXHIBIT B

**Exhibit "B" to**
*Southeastern Educational Services, Inc. v. City of Brunswick*, **Georgia, Case No. CE23-00918, Glynn County Superior Court**

Mayor Cosby H. Johnson
# CITY OF BRUNSWICK

601 Gloucester Street * Post Office Box 550 * Brunswick * Georgia * 31520-0550 * (912) 267-5529 * cell (912) 400-1504

**April 21, 2023**

Reverend Wright Culpepper
Southeastern Educational Services, Inc.
d/b/a The Well
2911 Altama Avenue
Brunswick, Georgia 31520

Dear Rev. Culpepper,

Please accept this letter as formal notice that the City Commission voted unanimously to impose a sixty-five (65) day closure of the Well. As a provision of the closure, the City Commission voted to provide the facility forty-eight (48) advanced written hours' notice to close and inform those currently relying on the Well for mail or laundry services. Upon closure, the City requests all trash and debris be removed from the property and immediate surrounding areas. Additionally, the City requests that the porta-potties be removed.

The property may be used for administrative purposes to allow current staff to conduct limited business and maintain the cleanliness of the property. At this time, the City is not prepared to authorize the opening of the building for any purpose other than those stated herein.

Thank you for your attention to this matter.

Cosby H. Johnson
Mayor, City of Brunswick

c:   City Commission, City of Brunswick
     Brian Corry, City Attorney (via email only)
     Jay Thaw, Faithworks Board of Director (via email only)