# EXHIBIT C

**Exhibit "C" to**
***Southeastern Educational Services, Inc. v. City of Brunswick,***
**Georgia, Case No. CE23-00918, Glynn County Superior Court**

June 28th, 2023

City of Brunswick
City Commission

Dear City Commissioners,

I have lived and worked downtown since 1996.  Nathan and I have raised 3 kids here, sending them to St. Francis and Glynn Academy, and are invested in both residential and commercial property.  We love Brunswick and are among the City's biggest cheerleaders.  The homeless and mentally ill population became out of control when the Well was operating, bringing violent crime and blight to downtown.  I implore you to do the right thing for the good citizens of downtown - my friends, neighbors, and fellow business owners – and do not allow the Well to operate as it did in the past.  Homelessness is a National problem that needs to be solved, but it is not fair to put us in harm's way to solve it.  There are other ways.

Sincerely,

Liane Brock, AIA
Wiregrass Studio Architects

Wednesday, June 28, 2023 at 11:50:32 Eastern Daylight Time

-----Original Message-----
From: Ally Moline <ally@silverbluff.com>
Sent: Wednesday, June 28, 2023 11:32 AM
To: Mathew Hill <mhill@cityofbrunswick-ga.gov>
Subject: [EXTERNAL] The Well Reopening

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Good Morning Mathew,

I'm writing in regards to recent news of the well reopening for business.

As a full time resident and business owner in downtown  Brunswick I have zero confidence in the employees and board members of the well to conduct the organization in a responsible way. They have proven to have zero regard or concern for the the residents of this city or the way their operation impacts us.

I do not believe there is any rehabilitation happening at the Well, rather is it enabling these unhoused (majority drug addicts and alcoholics) to continue their hazardous lifestyle on the streets.

Furthermore, we have reason to believe that Faithworks is incentivized to service as many unhoused people as possible. Meaning, the more people that come the more funding they receive. This is supported by the idea that outside counties and states have started dropping off and bussing in their unhoused. This leaves a tremendous burden on our city resources, specially our police department which is already understaffed.

As a tax paying resident of Brunswick, I would be charged for excessive 911 calls. Why then should the well not be held responsible for the drain on our first responders and city workers?

Please take action to permanently close the well!

Allyson Moline
Downtown Brunswick resident and business owner

**From:** Dottie Bromley <dottie@amityhouse.org>
**Sent:** Friday, June 23, 2023 9:46 AM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] RE: Upcoming events for the week

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Matthew,

We continue to see the homeless in our area.  They seem to be more spread out and more vocal.  The Gloucester corridor does feel safer and looks much better without all the trash.

**Dottie Bromley**
Executive Director
Office: 912.264.1348, x100
Mobile: 269.358.8552
24-Hour Crisis Line: 912.264.4357
https//www.amityhouse.org



**From:** Trevyr Woodard <blacksheeppickers@yahoo.com>
**Sent:** Monday, June 26, 2023 8:30 AM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] Re: Upcoming events for the week

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning Mathew,

I apologize for the late reply; I just checked this email account this morning. Regarding the homeless situation after the temporary Well closure, I noticed an immediate decrease in the regular homeless population that congregated around Jekyll Square and the businesses in that area. There are still a few regulars who sleep on benches there everyday and panhandle for cigarettes & money to every passerby, even in cars, so that issue still needs to be dealt with as it does not present a good image to both tourists and locals. Overall though, the Well closure seemed to help with image presented to visitors, and especially with the older demographic of our local customers feeling much safer to come back downtown to shop and enjoy being in The Historic District.

I hope these comments are not too late for you to use in the meeting, and if so, then I apologize.

Thank you for everything Jennifer and you are doing.

Regards,
Shayne Woodard
Black Sheep Pickers
1425 Newcastle Street

Sunday, June 25, 2023 at 9:58:01 AM Eastern Daylight Time

**From:** Boat Yard <yard@brunswicklandingmarina.com>
**Sent:** Friday, June 23, 2023 5:09 PM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] Closing of The Well

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mathew,
As a long-term resident of the Brunswick/SSI area, I have had my fair share of interactions involving the homeless in downtown Brunswick. Since the closing of The Well, I have noticed a much more pleasant, safer, feeling atmosphere in Downtown Brunswick as have several of The Boat Yard customers, friends, and family. I strongly hope that something can be done regarding the prevention of The Well from re-opening.



**Matt Delaney**
**Service Coordinator**
**Brunswick Landing Marina, Inc.**

**T:** (912) 275 7373 | **M:** (912) 230 4400
**E:** yard@brunswicklandingmarina.com
brunswicklandingmarina.com



2429 Newcastle Street, Brunswick,
Georgia, 31522 USA

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

Tuesday, June 27, 2023 at 17:16:48 Eastern Daylight Time

**From:** Coastal Therapeutic Massage <ctmofbrunswick@gmail.com>
**Sent:** Saturday, June 24, 2023 8:22 AM
**To:** info@discoverbrunswick.com
**Subject:** [EXTERNAL] The Well

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I live and work in downtown Brunswick, GA.  I have just begun to feel somewhat safe since the Well has closed.  I just read that it is re-opening soon.  If so, businesses will suffer and downtown economy will suffer. I have lost clients during the time there was weekly crimes connected to the well.
Please do something to prevent this from happening.

--

*Coastal Therapeutic Massage*
*400 Gloucester St., Ste 201*
*Brunswick, GA 31520*
*www.coastaltherapeuticmassage.org*

**From:** Coastal Therapeutic Massage <ctmofbrunswick@gmail.com>
**Sent:** Saturday, June 24, 2023 5:37 PM
**To:** info@discoverbrunswick.com
**Subject:** [EXTERNAL] The well

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

If the well reopens, downtown Brunswick is done.  All business owners are already talking and as taxpayers, we're not happy about having a place that welcomes drug activity and violence. Also, we're all wondering why Wright Culpepper has more power than our mayor and commissioners.

--

*Coastal Therapeutic Massage*
*400 Gloucester St., Ste 201*
*Brunswick, GA 31520*
*www.coastaltherapeuticmassage.org*

**Subject:** FW: [EXTERNAL] The Well
**Date:** Wednesday, June 28, 2023 at 10:18:56 AM Eastern Daylight Time
**From:** Naomi Atkinson
**To:** Brian Corry

Brian,

Below is a complaint regarding the well.

---

**From:** Coastal Therapeutic Massage
**Sent:** Saturday, June 24, 2023 5:32 PM
**To:** City of Brunswick General Mailbox <info@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] The Well

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I live and work downtown.  I've just gotten to the point of feeling safe.  Now I hear that the well is reopening.  I've lost clients due to the recent violence related to the Well.  You are public servants paid to protect citizens.  The fact that the well is even allowed near a high school and safe harbor is beyond me.   Most people are asking "what does wright culpepper have on them?".  Everyone knows he makes money off this.  Why aren't our PUBLIC SERVANTS protecting us?  Protecting downtown?  Downtown people are talking and there will definitely be a shake up next election if something isn't done to prevent this.

--

*Coastal Therapeutic Massage*
*400 Gloucester St., Ste 201*
*Brunswick, GA 31520*
*www.coastaltherapeuticmassage.org*



*Imagine the Possibilities*

June 28, 2023

Mayor and Commission of the City of Brunswick
PO Box 550
Brunswick, GA 31521

Dear Mayor and Commissioners:

The Brunswick Downtown Development Authority (DDA) acts as Brunswick's Main Street program and is charged with promoting viable development in its district.

While the DDA applauds Faithworks in its efforts to assist marginalized populations through its Sparrow's Nest and Open Doors programs, we believe that locating the Faithworks Day Service Center at the former Greyhound station on Gloucester Street severely limited the organization's ability to meet its mission in assisting homeless people. The Well also hindered our ability to promote the district for new business and redevelopment. For these reasons, in 2014 we urged Faithworks to pause their purchase of this site and engage other community stakeholders to consider other sites that might be more suitable and to explore ways to address long-term solutions to the problems of homelessness in our area.

Specifically, the DDA Board urged the Board of Directors of Faithworks to carefully consider all of the potential challenges the proposed location may pose: Is the location viable given the close proximity to schools & youth centers? What services are available to participants after closing? Have the ongoing operating costs, including staff costs, been fully reviewed? Should the Center prove successful, how could it be expanded given the property size and low elevation?

Finally, the close proximity of Grace House, Glynn Academy, St. Mark's Preschool and the Gathering Place (used by the Methodist Youth groups, Boy Scouts and Cub Scouts) posed particular concern. Homeless people who are registered sex offenders – who might benefit from the services like other homeless people -- may place themselves at risk of prosecution if they linger at the property, or are deemed to "live" or "volunteer" at the site. In turn, the safety of our city residents, downtown businesses, children (again considering proximity to schools, youth centers, etc.), and volunteers in this program need to be considered.

The Gloucester Street corridor is an important gateway to downtown Brunswick. Efforts have been underway to improve these corridors and to increase investment in downtown. We believe that reopening the Day Service Center on the Gloucester Street corridor, will continue hinder our ability to market downtown Brunswick in general.

The need to formulate a forward-thinking plan that meets the current needs of the homeless population, has the capacity for potential expansion, and is conducive for growth and revitalization of our downtown area is apparent. By this letter we do not intend to diminish or discourage the important work

that needs to be done in connection with homelessness in our community. Rather, we think that the work is sufficiently important, and selection of the appropriate site is sufficiently important, to try to find a site that can be best suited for a Day Service Center in the short and long term.  All of our cooperation is needed to make this an effective, safe, and productive environment for everyone…the homeless included.


Sincerely,

Ss/*Whitney Herndon*
Whitney Herndon
Chairman


Cc:      DDA Board of Directors

**Wednesday, June 28, 2023 at 10:15:24 Eastern Daylight Time**

**From:** Jared DiVincent <jared@socialcompassmarketing.com>
**Sent:** Wednesday, June 28, 2023 10:14 AM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] Re: The Well

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mathew,

Please add this to record:

I own two businesses in downtown Brunswick and continue to invest by introducing more events and activities to aid in its revitalization because I love our community. I easily have spent over 260 days per year for the past decade in downtown Brunswick and have seen its revitalization first hand.

That being said, I have also seen the impact The Well has had on downtown Brunswick. It has never become more clear than in the past 60 days that The Well has been closed as to what a direct influence The Well has on the negative elements introduced to downtown Brunswick since it opened. Upon its temporary closure, pan handling, defecation on the street, vandalism, loitering have ceased and the overall feeling of safety within our downtown area observed by our staff and customers has improved.

I would strongly urge our community, business owners, city commissioners and leaders of The Well to consider another location that is better suited for them to provide adequate square footage for their overflowing shelter in addition to more robust supportive services for the homeless in our community. The Well is great in its concept and mission but, needs a more robust campus and supportive services to ensure its success. Operating in its current state and location is not working for those that The Well serves and its surrounding community.

Let's work together to find a better solution.

Thank you,


Jared DiVincent



On Jun 28, 2023, at 9:11 AM, Mathew Hill <mhill@cityofbrunswick-ga.gov> wrote:

Good morning,

Thanks to those of you who have sent me comments regarding the state of downtown before / after the 65 day closure of the Well. If you have not commented and are thinking you might, Noon today is the deadline to have it in the record for the City's meeting this afternoon.
Thank you,
Mathew

Mathew Hill
Executive Director
Brunswick DDA
PO Box 684
Brunswick, GA 31521
912-265-4032
www.discoverbrunswick.com



Wednesday, June 28, 2023 at 09:24:00 Eastern Daylight Time

**From:** Moreno,Libby <Libby.Moreno@edwardjones.com>
**Sent:** Tuesday, June 27, 2023 10:49 AM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] RE: [External]Upcoming events for the week

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey Mathew,

We have noticed considerably less traffic of people who are either yelling on the streets, going through the public trash, and attempting to come in our office. While we always lock our doors, we have definitely felt much safer since the well has been shut down.

For the safety of merchants, children, and those who visit our downtown area, I do not understand how someone could keep this place open in good conscious not only in close proximity to a school but also residential housing. I park behind our building and on numerous occasions have been stopped, followed, and yelled at coming and going to the office.

There is enough crime in Brunswick without adding a resource for people known to have mental illness and drug habits.

Thanks for all that you do for us!

Libby

---

Libby Moreno
Senior Branch Office Administrator
Edward Jones
1430 Newcastle St
Brunswick, GA 31520
(912) 264-8865
www.edwardjones.com

If you are not the intended recipient of this message (including attachments) or if you have received this message in error, immediately notify us and delete it and any attachments.

If you do not wish to receive any email messages from Edward Jones, excluding administrative communications, please email this request to Opt-Out@edwardjones.com from the email address you wish to unsubscribe.

For important additional information related to this email, visit www.edwardjones.com/disclosures/email.html. Edward D. Jones & Co., L.P. d/b/a Edward Jones, 12555 Manchester Road, St. Louis, MO 63131 © Edward Jones. All rights reserved.

**From:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Sent:** Friday, June 23, 2023 8:49 AM
**To:**
**Subject:** [External]Upcoming events for the week

I have received word from the City Manager that the Well intends to reopen when their 65 day stay expires next week. Attached is the letter Ms. McDuffie received from them. I know many of you have mentioned that there was a noticeable increase in the feeling of safety downtown after the Well closed. **PLEASE send me any comments you have regarding the state of downtown before and after the closure.** This will go far in assisting the City in dealing with the issue. It would be great if you would send them over the next day or two so I can provide them to the City Manager & Commission on Monday.

On a brighter note, next week marks the last week of the City fiscal year. 2022-23 has been another banner year for downtown! There have been 766 promotional events drawing 135,642 people to downtown. 27 buildings have had rehab work done. There have been 34 new businesses creating 169 net new jobs! These numbers don't include June, so the final numbers will be larger.

**Friday, June 23:**

Downtown –

Brunswick Music District –Anders Thomsen Trio– Jekyll Square East 1800-2100

**Saturday, June 24:**

Downtown -

Brunswick Music District – Thunderbird Blues Band - Jekyll Square East 1800-2100

Mary Ross Park –

Forward Brunswick Farmer's Market – 0900-1300

EVENTS COMING UP:

Coming up on Tuesday, July 4th is the annual Brunswick Old Fashion 4th of July event. We are still taking sponsorship requests until Tuesday, June 27th. If you are wanting to be a sponsor, please fill out the sponsorship form and return it to me as quickly as possible. I have attached the form for your convenience.

First Friday will be on Friday, July 7th. This monthly merchant run event has been growing over the past several months. Please remember that we do have city ordinances to comply with to keep this event going.

1. FOOD TRUCKS: They are here as your guest. With that, there are guidelines that they must follow.
   a. Generators cannot be above 60 decibels. We have had many complaints about the generators being too loud.  If this continues to be an issue, we may have to restrict food trucks from participating.
2. OUTSIDE VENDORS IN FRONT OF YOUR BUSINESS: We welcome you to invite other small business owners to be a part of First Friday at your invitation. The only thing that I ask is that you please let me know via email or phone call that you will be having a vendor or business in front of your business. This will help make the event more enjoyable for everyone.

Have a great weekend, and don't forget to send me your comments regarding the well.

Mathew

Mathew Hill

Executive Director

Brunswick DDA

PO Box 684

Brunswick, GA 31521

912-265-4032

www.discoverbrunswick.com



**From:** Catina Tindall <catina@firstcoastbenefitsga.com>
**Sent:** Friday, June 23, 2023 3:13 PM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Cc:** rturner@turn2us.com; Pam Morris <pam@teamworkservicesinc.com>
**Subject:** [EXTERNAL] RE: Upcoming events for the week

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mathew,

In response to the article about the Well's intention to open yet another homeless shelter in the city limits, please see our letter below.

As a downtown business owner for 20 years, I have signed petitions, called elected officials, and even spoken at a Commission Meeting to express the great concerns we have regarding the vagrancy brought about by those living among the homeless.  Hundreds of people have clearly stated what a public nuisance The Well has been.

Prior to the closing of The Well, the ladies in my office had to walk over a sleeping man in the flower beds, another man was relieving himself by a tree where they parked or someone aggressively asking for money. Their families share concerns of their safety due to the issues downtown.  Since The Well has closed, those issues have been reduced by almost 100%!
**It is very clear what the issue was and it is indeed the draw of the services provided by The Well.**

The liability for me to continue my business downtown is so great that if The Well were to get their contract, we would reconsider signing our new lease and look for another space in the county or on St. Simons where safety seems to be better respected.   At some point, the safety of myself and my staff has to be a priority if I cannot be protected by my city.

With the increasing gang activity, law enforcement cannot continue to keep us safe and take back on the

hundreds of calls that resulted from residents of The Well.

Please do not allow us to go backwards.

Thank you,

Catina Tindall

First Coast Benefits Solutions, Inc.
*Your Employee Benefits Resource*



777 Gloucester Street, Suite 308
Brunswick, Georgia 31520
Phone: (912) 466-8850
Fax: (912) 466-8897

*Visit us online at [www.firstcoastbenefitsga.com](www.firstcoastbenefitsga.com)*

Confidentiality Notice:   The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Robbie Turner <[rturner@turn2us.com](rturner@turn2us.com)>
**Sent:** Friday, June 23, 2023 11:47 AM
**To:** Pam Morris <[pam@teamworkservicesinc.com](pam@teamworkservicesinc.com)>; Catina Tindall <[catina@firstcoastbenefitsga.com](catina@firstcoastbenefitsga.com)>
**Subject:** FW: Upcoming events for the week

**Robert C. Turner, CPCU**
*President*
*California License: 0I86712*

☐
*California Agency License: 0M39028*
1 Saint Andrews Ct, Brunswick, GA 31520
[(912) 265-2840](tel:9122652840) **office**
[rturner@turn2us.com](rturner@turn2us.com)

**From:** Lucy Albenze <createframe@gmail.com>
**Sent:** Saturday, June 24, 2023 9:59 AM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>; Lucy Albenze <createframe@gmail.com>
**Subject:** [EXTERNAL] Fwd: [External]Upcoming events for the week

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sorry about that I think I sent my reply to Chris. So I'm forwarding it to you Matthew

---------- Forwarded message ---------
From: **Lucy Albenze** <createframe@gmail.com>
Date: Sat, Jun 24, 2023, 9:57 AM
Subject: Re: [External]Upcoming events for the week
To: Moline, Chris <ChrisMoline@seaisland.com>
Cc: Lucy Albenze <createframe@gmail.com>


Hi Chris, Lucy Brous here, I have Creative Frameworks on Gloucester Street. If the Well is going to reopen, and operate as it did before, add this to all the recent shootings in Brunswick, historic downtown Brunswick might as well just close up. During the past few weeks when the Well has been closed, it's felt like a big weight has been lifted off of all of us downtown. There's the visual stress people just hanging out in front of our businesses, along the streets, the emotional stress of not knowing what some of them may do, and also knowing our customers are worried about coming downtown, and don't forget the incredible amount of trash that they generate and leave all over the place. Providing a safe haven for the homeless is not the issue. Having a magnet that ends up attracting riff raff in downtown, is the issue. It contradicts all we're trying to do to generate business and pride in the work we're doing in downtown. I'd like to know what the city is going to do to prevent the same thing from happening all over again! Thank you Chris. Lucy Brous

**From:** Heard Galis <heardgalis@gmail.com>
**Sent:** Wednesday, June 28, 2023 10:24 AM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] Re: The Well

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mathew,

I can't speak to the before and after because we moved about the time they shut it down.  Being a block off Gloucester was a big difference to being on Gloucester (777 location).  I can say that we had to install an auto-locking door to our new office due to a few people coming into the building and into our office that were not clients or prospective clients.  We felt that this was absolutely necessary for the safety of our team. These folks are the ones I see walking down Gloucester daily and appear to be homeless.

While I love what the Well provides, I think it needs to be moved out of downtown.  Had I known what the situation was like before my move, I'm not sure I would have picked the location I did.  The incidents revolving around Well participants is not good for the economic health of downtown.  Nothing will kill the momentum of the downtown area faster than not feeling safe or being put into an awkward situation.

Thank you for all the work you do.

Heard

On Wed, Jun 28, 2023 at 9:11 AM Mathew Hill <mhill@cityofbrunswick-ga.gov> wrote:

> Good morning,
>
> Thanks to those of you who have sent me comments regarding the state of downtown before / after the 65 day closure of the Well. If you have not commented and are thinking you might, Noon today is the deadline to have it in the record for the City's meeting this afternoon.
> Thank you,
> Mathew
>
>
> Mathew Hill
>
> Executive Director
>
> Brunswick DDA

PO Box 684

Brunswick, GA 31521

912-265-4032

www.discoverbrunswick.com



--
Heard Galis

912-223-0757

  

Regina McDuffie                                                                                           June 26, 2023
City Manager, City of Brunswick
Via email to: rmcduffie@cityofbrunswick-ga.gov
601 Gloucester Street
Brunswick, GA 31520

*CC via email: Mayor Cosby Johnson, Commissioner Felicia Harris, Commissioner Johnny Cason, Commissioner Julie Martin, Commissioner Kendra Rolle, City Attorney Brian Corry, Executive Director of the Downtown Development Authority Mathew Hill*

Mrs. McDuffie,

Over the past seven years, I've been lucky enough to witness firsthand how much Historic Downtown Brunswick has grown and prospered. The downtown district is a true gem, whose value is finally being realized in our community. For the first time in decades there's a bustling downtown with a plethora of new businesses and residents, something many doubted was even possible. There's now a local market selling fresh fruits, vegetables, and prepared foods, a boutique hotel, fabulous restaurants, scores of new residential units, and a plethora of supporting businesses with dedicated entrepreneurs behind them. This growth benefits our entire community by bringing residents and visitors together with a true sense of purpose. None of this would have been possible without strong leadership at all levels from City Hall, for that our community is forever grateful. Thank you all for helping make this community dream a reality.

With change comes challenges, and how we handle those challenges determines our future. I would like to express my sincere gratitude for the City's willingness to face these challenges head on and make difficult decisions for the betterment of the overall community. There is seldom a clear "right" or "wrong" answer, as we all know these challenges are often complex and require the foresight to be able to look at what solution provides the greatest overall benefit for the entire community with the least amount of negative impact.

Since we opened the first entrepreneur spaces at The Wick seven years ago, we have faced many challenges as well, none more important than the safety of our employees, tenants, customers, and guests. Criminal activity has been a challenge in Brunswick for as long as I can remember, however over the past seven years criminal activity stemming from the homeless population has increased to unsustainable levels. Over the past years, the Chief of Police has provided the City of Brunswick Downtown Development Authority with statistics related to calls for service at The Well, the homeless day shelter operated by Faithworks, and other locations frequented by the homeless population including Salvation Army and Manna House – it's my understanding that this data has also been made available to leadership at City Hall as well. The data truly speaks for itself. Since The Well opened in 2015 the calls for service received at this location have grown at exponential rates, from approximately 1 call a week in 2015, to 1 call a day in 2019, to over 2 calls a day in 2022. In the data provided, the specified nature of the calls is also a major cause for concern, with incidents including harassment, assaults, robberies, fights, stabbings, persons with a gun, drugs, sex offenses, and much more. <u>One of the most significant takeaways from this data is how few calls for service were made at other locations that serve this same population, specifically Manna House and Salvation Army, relative to those made at The Well.</u> The clear takeaway seems to be that a lack of oversight, lack of proper management, and lack of meaningful services provided to the homeless population at The Well has fostered an environment of lawlessness, endangering our entire community. This

became abundantly clear in early 2023 with a string of violent incidents in the downtown area. I understand culpability for these incidents is not something The Well has taken any ownership of, however the undeniable correlation of the data provides clear evidence that their operation has been a causal factor in these events.

In the two-month period since The Well's voluntary closure, the problems stemming from the lawless environment fostered by The Well and the population it had attracted to the Historic Downtown District have been all but eradicated. In the months preceding the closure, the number of, and severity of, incidents our employees, tenants, customers, and guests experienced in the downtown district became unsustainable. We have always had open doors during business hours at our three Wick office buildings in the downtown core, however the safety risk being posed to our employees and tenants warranted the installation of professional grade access control systems with restricted access at all hours. We had to begin near daily cleanup of human waste around our properties, implement new policies for guest access and safety measures, and we had been receiving dozens of calls each month from tenants reporting illicit activity, threats, harassment, and general fears for their safety. I'm very happy to report that since The Well's closure we're not aware of a single incident at any of our properties.

We greatly appreciate everything city leadership has done to create a safer environment for residents, business owners, and visitors alike. We strongly support private, not-for-profit organizations providing services to the most vulnerable people in our community. I actively service on numerous boards of non-profit that provide meaningful services in a professional and structured manner, I have seen firsthand the good work that well run private organizations can provide to the most at-risk populations in our community. However, when organizations attempt to provide services with a complete lack of adequate management and refuse to take any responsibility for serious, valid safety issues stemming from the environment it fosters and attracts this creates a nuisance, by definition, for law-abiding citizens and organizations alike.

We sincerely appreciate the difficult work the City of Brunswick's leadership has been doing to help the community. The recent announcement from Faithworks stating their planned reopening of The Well is a serious cause for concern for us, as well as for many others in our community, as we do not feel they have adequately provided meaningful services for the population they serve and have fostered an extremely unsafe environment in downtown Brunswick. In our first few years operating in Brunswick, we made multi-million-dollar investments each year in numerous properties and have helped bring hundreds of new businesses and entrepreneurs into the downtown district. We were on a pace of opening one new development per year, with the most recent one opening in 2020. The unsafe environment that has grown rampant downtown over the past few years has been a significant factor in our decision to remain in a holding pattern rather than seek new development projects in the city. The immediate and extreme changes relating to general safety concerns that we've seen over the past two months have given us a strong level of confidence in moving forward with plans for additional developments and projects. The reopening of The Well is a major concern for all city residents and stakeholders alike. We hope the clear results of The Well's voluntary closure, as supported by the available data, are considered by city leadership in evaluating what is best for the community.

If I can be of any further assistance in providing specific examples of anything mentioned herein, please do not hesitate to contact me. Thank you for your time and consideration in making the best decisions possible for our community.


Sincerely,

Michael Kaufman
michael@kdgcompanies.com
1612 Newcastle Street, Suite 223
Brunswick, GA 31520

The Wick 1.0, The Wick 2.0, The Wick 3.0
Kaufman Development Group, LLC
Situs Real Estate, LLC

**From:** Thomas Lindsey <tl6463397@gmail.com>
**Sent:** Sunday, June 25, 2023 10:59 AM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] Re: Upcoming events for the week

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning Mr. Hill,

I am responding to your most recent email in regard to The Well reopening! And how it has affected my business prior to its closing and afterwards.
First off, allow me to explain my ties to downtown Brunswick. My father was the area representative for Equilfax from 1958-1995. His office was directly over Typsey McSways on the 2nd floor. So I literally grew up in downtown Brunswick as my family resided within the City limits as well.
That being said, I have seen downtown when it was bustling in the 60's-80's and its decline in the 90's to the early 2000's.
About 11 years ago, I noticed an upward movement in downtown Brunswick.
From the street lights on Newcastle and Goucester. All of the parks being landscaped. The palm tree in the sidewskjs to the landscaped medians. It just beautiful and a charming town overall! The First Fridays have consistently gain momentum and are getting busier and busier.
I opened this business on November 25, 2021 (Black Friday) and the Shop has been successful ever since. However, when the 5 acts of violence from the Homeless Community hit the front page of the local newspaper, our business dropped dramatically! (About 50%)
In the 90 days of March,  April and May
Our revenues dropped between $15,000-$20,000.
Our clientele are wealthy people from the 3 barrier islands and locals and visitors alike.
But it they don't feel safe or comfortable with downtown Brunswick, they simply will not risk coming over.
However, Everyone agrees that downtown Brunswick is undergoing a Renaissance Revival and I personally think that downtown is on the brink of booming!
To allow The Well to reopen will be a catastrophic mistake! It is an eyesore for otherwise a beautiful small city

Therefore, me and my 6 Vendors are fully united and opposed to The Well reopening at its former location.
As I am not opposed to the Ministry of Faith Works by any means. Their location was the problem, in my opinion.
I also reside in the Historic District along with my only employee. We both reside on Monck Street, just yards from our Shop.
We have noticed a drop in homeless people loitering in our neighborhood and feel much safer!
We all love downtown and are committed to its continued growth and success!
Please feel free to call me or visit me at my Shop if you have any further question or comments!

With Kindest Regards,

Tom Lindsey, Manager & Shopkeeper

Olde Town Antiques
1407 Newcastle Street
Brunswick, GA 31520
(912) 456-3017 (landline)
(912) 506-082      ll phone)

**From:** Abigail Steed <simplemassage912@gmail.com>
**Sent:** Wednesday, June 28, 2023 1:15 PM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] Re: The Well

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

My only
Comment is: the downtown is not the space to have that situation. It's violent and poorly administered. If the downtown is going to continue to thrive, the homeless population needs to be relocated so that the growth downtown can continue to be an advantage to our county. It brings jobs and a diversity to our area. The Well as no business in the heart of our valuable and rapidly growing historic downtown community.

On Wed, Jun 28, 2023 at 9:11 AM Mathew Hill <mhill@cityofbrunswick-ga.gov> wrote:

Good morning,

Thanks to those of you who have sent me comments regarding the state of downtown before / after the 65 day closure of the Well. If you have not commented and are thinking you might, Noon today is the deadline to have it in the record for the City's meeting this afternoon.
Thank you,
Mathew

Mathew Hill

Executive Director

Brunswick DDA

PO Box 684

Brunswick, GA 31521

912-265-4032

www.discoverbrunswick.com

**From:** Elizabeth Wilson <lizwilson76@gmail.com>
**Sent:** Monday, June 26, 2023 8:05 PM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] The Well

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

In regards to the Well. Please do not allow the Well to reopen. It has been so lovely downtown again.just like old times. Brunswick needs to decide whether it wants to be a tourist town or not. It needs to decide whether safety matters or it doesn't. It sickens me to think that despite knowing their is a children's shelter next door they want to reopen, despite their being a women's shelter next door they want to reopen, despite their is a daycare across the street they want to reopen, despite their is a highschool across the street the want to reopen. Faithworks? That is not how my faith works.
Day shelters do not help anyone. They promote crime. Their are 10,600 homeless people in the state of Georgia unless you want them all in Brunswick then you better turn that beacon of light off. More needs to be done at the state level. Mental institutions and long term drug rehabilitation centers need to open, and STOP the revolving door to repeat criminals. Our police officers deserve a justice system that isn't making their job harder or putting their lives further at risk. We deserve to be able to work downtown without being stabbed by a homeless man, eat at a restaurant without being knocked in the head, go to the post office and not be harassed, not be raped or threatened, vandalized or broken into or go to church without having our children witness sex on the playground. But you know all this...What are you going to do about it?

Matthew and Elizabeth Milburn
Victorian Place Antiques
1412 Gloucester Street
It.

**From:** Moline, Chris <ChrisMoline@seaisland.com>
**Sent:** Wednesday, June 28, 2023 9:33 AM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] Re: [External]The Well

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey Mathew,

Thanks for the reminder.

The Well Closing had an immediate impact on downtown.  Before, it was an eyesore to drive by as you entered a revitalizing downtown that has seen drastice changes over the last 3-4 years.  30 Million dollars of private money has been invested, with a tremendous increase in daily visitors and patrons.  I personally received 4 calls within a week of the Well closing from people that wanted to invest in downtown.  2 contractors, one med spa, and one restaurant.  Not having the Well open took away a lot of the perceived danger.  Because of all the incidents that happened before the closure, I heard from many people that they were no longer coming downtown because they did not feel safe, and I'm just one person.  What was the total amount that I did not hear from.  I do not understand what the purpose of the closure was, if it was only temporary.  The people affected by this were all the residents, business owners, tourists, Glynn Academy students & faculty, Churches as well as their attendees, daycare facilities, along with the Brunswick Police and Fire Department.

**Chris Moline**
Associate Broker, Sea Island Properties
P: 912-634-3286    M: 912-266-1101
F: 912-634-3248
chrismoline@seaisland.com
351 Sea Island Road, St. Simons Island, GA 31522
www.seaislandproperties.com

Experience Sea Island at seaisland.com



**From:** Michael Weltman <MWeltman@Onetrusthomeloans.com>
**Sent:** Tuesday, June 27, 2023 1:53 PM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Cc:** Michael Weltman <MWeltman@Onetrusthomeloans.com>
**Subject:** [EXTERNAL] The reopening of " The Well " comments and thoughts from a downtowner who lives and works and walks and bikes downtown daily

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Matthew –

I am writing this on behalf of myself and my downtown partner  Lila Rankin . We reside in the 1600 block of Union street . I have an office downtown at The Wick 2 . I opened my office in November 2020.  And moved downtown to Hanover Sq. then to London and now on Union St.   I love love love downtown .

I started looking at downtown Brunswick in 2019 as a possible location for an office.   The brewery was under construction , and I saw so much potential as my other office is in downtown Valdosta and I saw how the Georgia Beer company helped enhance downtown .   I signed my lease at the Wick 2 , and decided to live in Brunswick and keep my other offices for when I travel to see clients.     I am in residential lending , 55+ is my client age group , I specialize in programs and products designed for that age group.

I was happy to learn The Well was closing for 65 days .  I was hoping everyone at the Well would end up being relocated to Hand in Hand Glynn County Tiny Houses , or the Veterans Tiny Houses .  It seemed incongruent to want to revitalize and grow downtown and have a homeless shelter up the street so that tourists , locals , yacht club boat owners and homeless are all walking downtown together .    From my house on Union St. , I was watching the nightly walk as the homeless left The Well and walked to Salvation Army shelter to get their nighttime accommodations .  It was odd for me to watch this as I was not used to it .  Dogs without leashes walking with their homeless counterparts run around the streets around my

house . I walk downtown , I ride my mountain bike downtown , I can walk to work and walk home . I don't carry a weapon on me , but have thought about it . I visit the nighttime establishments , Reids , Tipsys , Zooks and I walk to them and I walk home .

I noticed a significant difference when the Well closed . I feel more at peace , there are still homeless at city hall on the benches , day and night , sitting in the seats of the downtown establishments outside like Nautica Joes or Arte Pizza on the outside furniture when the sun sets . I chain of parks have homeless on the benches . But I feel since the Well closed , there are less homeless and no nightly pilgrimage by my house on the way to the Salvation Army . No dogs running up to my front door lately . I walked to Zooks on Saturday night and counted 4 to 5 homeless on my way there , and about the same on my way back . I was hoping Hand in Hand Glynn was built for this and Veterans Village .

I am all for housing for the homeless and I would pay to help support it . I believe downtown is not the place , but I am new here so I am not sure where is the right place.
We cant expect business folks to buy million dollar buildings and open multi million dollar businesses and have homeless mixing in with their downtown experience . I don't want folks to come once and then not come back again . We are competing with the islands and have more to offer , but the homeless will detract from that . I am so impressed with DDA and Chamber and all the great folks here and all the wonderful businesses . If you own a restaurant or bar downtown , I am in those establishments weekly #shoplocal . All the owners know me .

I feel we should do anything possible to work on a homeless solution that is not downtown . I guess they want to panhandle there and eat the food left by patrons when they leave the restaurants and go thru the downtown businesses trash cans . I see that frequently . I don't know what to do . I am about to spend $200,000 on a downtown house to live in so that I can continue to walk to work and to downtown businesses . Knowing the Well might re open and affect my every day , might change that . I don't carry a knife or gun but I walk and ride my bike in the cool evenings downtown . I worry that someday I am not going to have a good encounter with someone . I also worry about my house and yard and wonder if I do some Airbnb on weekends , will the visitors not come back once they encounter the homeless.

Lila comes for 10 days every 5 weeks from Mobile Alabama , she hopes to open a business here and move here in the future . I would like to stay and retire here and stay downtown and continue to shoplocal for lunch and dinner and evening cocktails . I believe downtown has improved since the Well closed , I hope it does not reopen . I believe that DDA , the merchants association , the chamber members , the realtor board , Christian real estate assoc. , we would all give generously to support homelessness solutions in another location , so that our businesses can grow and thrive downtown , our customers and visitors will return many time for more wonderful downtown experiences here . I truly don't want the Well to reopen , I would like another solution somewhere else . I am celebrating my 3rd year here . I want to celebrate 10years and beyond downtown and not change my plans to live and stay and retire in downtown Brunswick . Thank you for requesting input . I appreciate all you do.



## Michael Weltman

**Area Sales Manager**
**NMLS # 459867**





**MOBILE** (850) 556-6694 **TEL** (678) 321-9599

**FAX** (850) 373-4870

mweltman@onetrusthomeloans.com
3838 Camino Del Rio North, Suite 305, San Diego, CA 92108

Company Website • Reviews

OneTrust Home Loans is a trade name of the legal entity, CalCon Mutual Mortgage LLC, a Delaware LLC ("CalCon") (NMLS #46375). The OneTrust name has been registered in most states where CalCon operates, and in those states where it is not registered, CalCon operates as CalCon Mutual or CalCon Mortgage.

This email may contain data that is confidential, proprietary or "non-public personal information," as that term is defined in the Gramm-Leach-Bliley Act (collectively, "Confidential Information"). The Confidential Information is disclosed conditioned upon your agreement that you will treat it confidentially and in accordance with applicable law, ensure that such data isnâ€™t used or disclosed except for the limited purpose for which it's being provided and will notify and cooperate with us regarding any requested or unauthorized disclosure or use of any Confidential Information. By accepting and reviewing the Confidential Information you agree to indemnify us against any losses or expenses, including attorney's fees that we may incur as a result of any unauthorized use or disclosure of this data due to your acts or omissions. If a party other than the intended recipient receives this e-mail, you are requested to instantly notify us of the erroneous delivery and return to us all data so delivered. For information on licensing or to see our Privacy Policy, please visit our website. CalCon Mutual Mortgage LLC, dba OneTrust Home Loans is an Equal Housing Lender. NMLS #46375.

Monday, June 26, 2023 at 11:41:15 AM Eastern Daylight Time

**From:** Brandon Boudreau <bespokewineinfo@gmail.com>
**Sent:** Friday, June 23, 2023 3:16 PM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] Re: Upcoming events for the week

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Mathew,

I wanted to note that I experienced a dramatic night and day change from the point that the well closed. I felt much safer and experienced much less direct uncomfortable situations with the homeless locally. I hope that this serves the purpose of helping relocate the shelter.



*BRANDON A. BOUDREAU*
—
*Certified Sommelier*
Bespoke Wine Consultation
bespokewineinfo@gmail.com
(904) 318-9982

**From:** Larissa Harris <larissa@paramount-printing.com>
**Sent:** Friday, June 23, 2023 11:23 AM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] Re: Upcoming events for the week

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mathew,
Thank you for the opportunity to express our concerns about the reopening of the Well. I watch Gloucester through our giant front windows all day. Before the closing of the Well, I saw people who looked like zombies scuffling about, mentally ill people yelling at strangers and accosting them, and people defecating in public. My father was visiting and wanted to walk around near our office. I told him it was too dangerous. Since the Well has closed, I see people jogging, riding bikes, and walking with their children and dogs. People aren't afraid anymore. When people are afraid, they don't come downtown to shop, so we would like to see it permanently closed (on Gloucester). Mr. Culpepper mentioned he wanted to move it to the shopping center by the Brunswick News. That could be a better place for it because that area doesn't have any walking traffic, and there would be enough room for the folks to be inside instead of on the sidewalk for visitors to see.

Thanks!
Larissa

**Larissa Harris,** Graphic Designer
Paramount Printing and Design, **Open M-F, 9-4**
**Address** 1700 Gloucester St., Brunswick, GA 31520
**Phone** 912-262-0400
**Email** larissa@paramount-printing.com
**Website** www.paramount-printing.com



Port City Partners

P.O. Box 102

Brunswick, GA,31521

hello@portcitybwk.com

June 27, 2023

Dear City of Brunswick,

We hope this letter finds you well. On behalf of Port City Partners, a real estate development company with a vested interest in the growth and vitality of downtown Brunswick, we write to express our strong opposition to the proposed reopening of The Well.

Since the closure of The Well, our downtown area has experienced significant positive changes that have greatly benefited the community. The absence of the shelter has created an environment that fosters growth and enhances the livability of the area. Both residents and visitors have expressed a greater sense of comfort and peace of mind when frequenting the area.  We are deeply concerned that reopening The Well might jeopardize downtown Brunswick's growth potential.

As a real estate development company, we recognize the importance of addressing homelessness and providing support to those in need. However, we firmly believe that there are alternative locations and strategies that can better serve the homeless population without compromising the progress and potential of downtown Brunswick. We urge you to explore these alternatives and consider the long-term consequences of reopening The Well.

Thank you for your attention to this matter. We appreciate your consideration of our concerns. We remain committed to the continued growth and prosperity of downtown Brunswick and stand ready to support any alternative initiatives that align with our shared vision.

**Subject:** Fwd: [EXTERNAL] Well's Reopening
**Date:** Friday, June 23, 2023 at 10:25:20 AM Eastern Daylight Time
**From:** Naomi Atkinson
**To:** Cosby Johnson, Julie Martin, felmharr@gmail.com, Kendra Rolle, John Cason, Regina McDuffie, Brian Corry

FYI

Naomi D. Atkinson
Sent from my iPhone

Begin forwarded message:

> **From:** Katherine Kinstle <katherine@professionalembroidery.net>
> **Date:** June 23, 2023 at 10:13:22 AM EDT
> **To:** City of Brunswick City Clerk's Office <CityClerk@cityofbrunswick-ga.gov>
> **Subject: [EXTERNAL] Well's Reopening**

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> I ask to please NOT REOPEN the Well at it's location.  It has been wonderful since it has closed. No homeless people, no yelling, no fighting, no people you have to run off,  it has been great. Brunswick  feels  safe.   People are more willing to come down and that is great.
> Thank you,
> Katherine Kinstle
> Professional Embroidery Specialist
> 1306 Gloucester Street
> Brunswick, Ga 31520
> Katherine@professionalembroidery.net

> 912-279-0406
> 912-269-4709

> Sent from Mail for Windows

**From:** hjohnston safeharborcenterinc.org <hjohnston@safeharborcenterinc.org>
**Sent:** Monday, June 26, 2023 2:40 PM
**To:** Regina McDuffie <rmcduffie@cityofbrunswick-ga.gov>
**Cc:** lhartman@safeharborcenterinc.org; Julie Martin <jmartin@cityofbrunswick-ga.gov>; Mathew Hill <mhill@cityofbrunswick-ga.gov>; Kendra Rolle <krolle@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] The Well & Safe Harbor Thrift Shop

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

My name is Hillary Johnston and I'm the manager of Safe Harbor's Thrift Shop. We are probably the closest business to the Well in proximity (we are located on the corner of F Street & Norwich and our back parking lot is where JF Mann & F Street meet).

Since opening in March of 2019, I have seen an increase in the number of homeless in the area. In the first year or two, I knew most of the homeless by name or, at least, by sight. This changed over time, with an increase in numbers, many of whom were not local. It seemed that with this increase, there was also a larger number of altercations and mentally ill individuals (for example, we have had people argue with our dumpster, dance & fight with the garbage can in front of our shop and defecate in the yard behind the shop).

During business hours, many people from the Well would come in to ask for vouchers for free clothes. At our shop, we only provide vouchers for residents and clients of Safe Harbor.  This fact was often upsetting to some of the people

from the Well who expected free items from us. There have been many instances where my employees/volunteers/shoppers felt nervous and apprehensive due to the ensuing interactions, but for the most part, we were able to handle them. Thankfully, we have only had to call the cops a handful of times (and two of these calls were with regards to a homeless man who had been stalking me at the shop and eventually went to jail for stalking/aggravated assault/sexual battery).

Since the closure of the Well, it has been so quiet at the store that I can hear the birds chirping! There is no more yelling/fighting/swearing coming down the street from the Well (yes, we can hear it!!) and the overall foot traffic of the homeless reduced dramatically! My employees and volunteers aren't nervous going to their cars or when they take trash to the dumpster. Our shoppers have commented on the difference also, mentioning the increased feeling of well-being and safety, especially the shoppers who bring their children with them to the store.

Over the past week, there has been a sharp uptick in foot traffic of homeless individuals that are new to us...and more and more of them coming into the store, asking (sometimes demanding) free clothes. The word is out that the Well is about to re-open!

While I truly sympathize with the plight of the homeless, it seems that the Well became more of a hang out/hook up spot rather than a place offering helpful and constructive services. Too many of our interactions with individuals from there were not positive and not good for business.

Thank you!

**Hillary Johnston**
*Thrift Shop Manager/ Volunteer Coordinator*
1526 Norwich Street | Brunswick, GA 31520
912.267.6000 | Fax: 912.342.7168
hjohnston@safeharborcenterinc.org
www.safeharborcenterinc.org



## Hillary Johnston

*Thrift Shop Manager/ Volunteer Coordinator*
1526 Norwich Street | Brunswick, GA 31520
912.267.6000 | Fax: 912.342.7168
hjohnston@safeharborcenterinc.org
www.safeharborcenterinc.org



June 26, 2023

Regina McDuffie
City Manager
City of Brunswick
601 Gloucester Street
Brunswick, Ga 31520

Mrs. McDuffie,

On behalf of the board of directors of Safe Harbor Center, we want to express our gratitude to the City of Brunswick for its leadership regarding the rising crime and criminal activities within the City of Brunswick and specifically as those issues related to "The Well". As an organization that provides services that promote security and stability for at-risk families, children and individuals in our community, we are acutely familiar with the issues and concerns facing homeless individuals and families in Glynn and surrounding counties. It is a complex issue and services must be individualized based on the greatest need at the time of the individual presenting for service. The solutions are not simple. Our organization is actively involved in addressing the needs of the homeless in our community.

On behalf of the children who reside in our long-term residential shelter on Norwich Street, who have been removed from dangerous situations as a result of abuse, neglect or abandonment, we are so appreciative of the mayor's recommendation that Faithworks close "The Well" for 65 days. The decrease in blatant criminal activity around Safe Harbor Children's Center and the cessation of individuals wandering around circling our properties all day and all night have, who have in the past solicited involvement in illicit activities from children in our care, have decreased dramatically since the closure of "The Well". Our children have been able to be outside playing without being harassed and feeling unsafe. Our children were able to finish the school year walking to school without being approached and solicited by "The Well" guests. Our staff members, who work 24 hours a day 7 days a week, reported feeling safer coming into and leaving the building in the middle of the night. The staff have commented on how quiet J. F Mann Street has become without the constant noise of unsupervised individuals all day and night sleeping and camping all night against our property.

"The Well's" mission of helping the homeless is one we can all agree with.  It is their execution of that mission that puts our children, and our community, at risk. Adequate supervision and programming are not present. Individuals are allowed to come and go as they please. It is not fair for "The Well" to attract some of the most vulnerable to our city center and then fail to deliver the supervision and services so badly needed.

Our agency is aware and has met with staff members from Faithworks regarding their plans to reopen "The Well". Currently, our agency does NOT support the reopening of "The Well". It has been a wonderful respite these last two months, we have felt safe, our children and



staff members are happy, our donors, volunteers and board members see very clearly the potential of a growing, thriving City of Brunswick without the unsupervised crowds at "The Well".

Again, we appreciate your hard work and determination to serve the residents of the City of Brunswick. Please let us know what we can do to support the City of Brunswick.

Yours truly,

Leslie Hartman
Executive Director
Safe Harbor Center, Inc.

**From:** Jennifer Landon <cjenl@hotmail.com>
**Sent:** Thursday, June 29, 2023 7:23 AM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] Re: The Well

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Sir,
My name is Jennifer Landon and I own The Salon on Newcastle at 1515 1/2 Newcastle street. I reached out to the city manager's office on June 6th after an incident that occurred on June 2nd with my client and a vagrant that hangs out in our parks. I will add that that day made at least ten times that I have called the city police on an out of control lady pushing a buggy. I'm sure you are aware of her. I have been dealing with her and protecting my clients from her for a solid year now and the police continue to tell me she is not violent and we cannot violate her rights. On June 6th, I spoke with Jeremiah Bergquist regarding the incident. At 8:45 on June 2nd, the lady with the buggy comes charging across the street screaming "you scum bitch, you are going to hell" at my client. Fortunately, I was standing there waiting for my client so I was able to intervene. After being cussed at by this lady with the buggy over a dozen times already, I know that screaming back at her only brings her joy. I begin to charge back at her and dare her to take another step with she turns around and continues ranting on to find her next victim. Might I add, later that afternoon she went into skinny Pete's and ordered food and sat in the park quietly eating her chicken wings. Jeremiah said that a doctor would be working with the city police to find a place for the mentally ill, which is a huge part of majority of the people I have encountered in my area in the last 8 years. My first encounter with the lady with the buggy was about a year ago when she was screaming outside of my business and I opened the door and said "ma'am" and she said shut the fuck up you fat fucking bitch" exact words! Last week, the same client that this happened to was working vacation bible school at first Baptist and she called me to tell me they called the city police because the lady with the buggy was screaming profanities at all the children. As far as she new at that time, the police never came. So she continues on to bully and harass anyone in her path!
I am disgusted!! My clients are afraid of her and continue to fear coming downtown. At this time, I am planning to move my salon hopefully within the next year, after 20 years working in downtown Brunswick. The Well succeeds!
912-230-5171
JCL

On Jun 28, 2023, at 9:11 AM, Mathew Hill <mhill@cityofbrunswick-ga.gov> wrote:

Good morning,

Thanks to those of you who have sent me comments regarding the state of downtown before / after the 65 day closure of the Well. If you have not commented and are thinking you might, Noon today is the deadline to have it in the record for the City's meeting this afternoon.
Thank you,
Mathew

Mathew Hill
Executive Director
Brunswick DDA
PO Box 684
Brunswick, GA 31521
912-265-4032
www.discoverbrunswick.com

**From:** SoGlo Guitar Gallery <sogloguitargallery@gmail.com>
**Sent:** Saturday, June 24, 2023 11:01 AM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] The reopening of The Well

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Matthew,

Since the closing of the Well my customers have felt much safer and most definitely less annoyed by panhandlers. I truly believe that the vagrants that were swarming downtown were hindering  the growth of our beloved city. Reopening the Well will only bring back all of the negative aspects that were here before. With the rise of violent crimes that is exhausting our already understaffed BPD, bringing the vagrants back to the area will only add more problems. In the past weeks I've seen more people walking downtown enjoying the city. That was not as much the case before the Well shut down. My business is my livelihood and I love it being downtown, but it needs to be safe for me, my staff and my customers.

*Crawford Perkins*
**SoGlo Guitar Gallery**
**912-275-8686**
**sogloguitargallery@gmail.com**

**From:** Danielle Sunderhaus <danielle@daniellesunderhaus.com>
**Sent:** Friday, June 23, 2023 10:00 AM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] Re: Upcoming events for the week

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Matthew,

The Well closing was the best thing for my business, and me and my families general safety.  We live and work downtown.  We routinely saw people being dropped off then asking us at The Market where The Well was.  We would later see the same people hanging out or around the well and often times within days of their drop, being yelling outside our home and/or business.  My customers at The Market starting returning and revenue increased once the Well closed.  We are against the well opening again and hope the city finds a way to stop this from happening.  The City has become vibrate again since the Well closed, please don't take a step backwards by allowing them to open again.
If you look at the numbers the Well closing decreased violence and calls in the downtown block.  After all, we can attest.  My husband also had a run in with the man that stabbed the Victorian Place owner in the neck.  If happened about 2 weeks before the near fatal incident occurred.  Stop the Violence and Loitering- Stop the Well.

With Gratitude,

Danielle Sunderhaus
The Market on
Newcaslte

**From:** Pam Morris <pam@teamworkservicesinc.com>
**Sent:** Friday, June 23, 2023 1:32 PM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] RE: Upcoming events for the week

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Mathew,

Robbie Turner, one of my business partners with Teamwork Services, Inc., forwarded your Email to me for comment.  Our office is located at 700 Gloucester Street and I am happy to say that we definitely felt like our downtown community was a safer and more professional place than when The Well was open.  My staff had become leery of even walking a few blocks to grab lunch, so we have definitely seen the positive impact of its recent closure.  It addition to overall cleanliness, no one sleeping outside our building front door leaving trash everywhere, and no one panhandling in the back parking lot, it has also been nice to not contend with someone on a bicycle crossing Gloucester whenever and wherever they choose and daring you to hit them.

We at Teamwork are not looking forward to it's reopening, but since that is the plan, we can only hope that it will be managed differently.  However, we have absolutely no faith that it will.  The investments that have been and are being made in downtown Brunswick are refreshing and exciting and the general consensus of downtown businesses is that The Well should be located elsewhere permanently.  It's as much of a mental health crisis as it is a homeless crisis . . . sadly all of which bring the criminal element.

Thank you for allowing my feedback.

Respectfully,

Pam Morris

[Click here](#) to upload confidential information, including SSNs, IDs, and health-related documents.

***Pam Morris***
*President*



700 Gloucester Street, Suite 302
Brunswick, GA  31520
Office: 912-265-8500 | Fax: 912-265-8501 |Cell: 912-222-0657
pam@teamworkservicesinc.com

The information contained in this e-mail message is privileged and confidential and is intended only for the use of the above named recipient(s).  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Pam Morris <pam@teamworkservicesinc.com>
**Sent:** Friday, June 23, 2023 1:32 PM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] RE: Upcoming events for the week

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Mathew,

Robbie Turner, one of my business partners with Teamwork Services, Inc., forwarded your Email to me for comment.  Our office is located at 700 Gloucester Street and I am happy to say that we definitely felt like our downtown community was a safer and more professional place than when The Well was open.  My staff had become leery of even walking a few blocks to grab lunch, so we have definitely seen the positive impact of its recent closure.  It addition to overall cleanliness, no one sleeping outside our building front door leaving trash everywhere, and no one panhandling in the back parking lot, it has also been nice to not contend with someone on a bicycle crossing Gloucester whenever and wherever they choose and daring you to hit them.

We at Teamwork are not looking forward to it's reopening, but since that is the plan, we can only hope that it will be managed differently.  However, we have absolutely no faith that it will.  The investments that have been and are being made in downtown Brunswick are refreshing and exciting and the general consensus of downtown businesses is that The Well should be located elsewhere permanently.  It's as much of a mental health crisis as it is a homeless crisis . . . sadly all of which bring the criminal element.

Thank you for allowing my feedback.

Respectfully,

Pam Morris

**Page 1 of 4**

**From:** Susan Bates <susanbatesrbr@gmail.com>
**Sent:** Monday, June 26, 2023 11:28 AM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] Re: Upcoming events for the week

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning Mathew!
We, at Tipsy McSway's Neighborhood Bar & Grill, have seen a noticeable **decrease** in panhandling and bad behavior since The Well has closed. There has been a marked improvement on what visitors and customers are seeing along Gloucester when making the turn from US 17. The city looks a lot cleaner and more inviting. That being said, we still have a long way to go to address the homeless population. Maybe there could be the creation of a safe place, out of the public eye, for restrooms and shade that The Well could provide? I've attached a couple photos from this past weekend (warning sensitive nude content) of some of the problems we faced. My opening bartender was met by a woman urinating in Jekyll Square East at 10am on Saturday, June 24th. We also had to call the police twice to handle situations the same evening; one involving camping and the other harassment. I was told Donald Trump was going to kill me by a lady pushing a buggy who was clearly suffering some sort of mental crisis.
I personally would hate to see The Well reopen in the same spot as before. I'm hopeful that Faith Works (The Well) can still follow their mission to provide services to those in need at a more suitable location.
Thank you,
Susan Bates

**From:** Daren Pietsch <daren@torrasproperties.com>
**Sent:** Friday, June 23, 2023 12:25 PM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Cc:** michael@torrasproperties.com
**Subject:** [EXTERNAL] Improvement in Downtown Brunswick Following Closing of The Well

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mathew,

Having observed more than a few hostile exchanges involving homeless people on Gloucester and Newcastle and dealing with theft and other criminal acts at the Brunswick Landing Marina over the last four years, I was hopeful that once The Well shut down, the situation would improve.  To be honest, I didn't expect the difference would be as dramatic, but almost immediately after The Well closed it's doors, the entire downtown area became far more pleasant and less threatening.  Every other person I have talked to that works in the area feels the same.

With this in mind, it is very disappointing to hear that the people involved with operating The Well plan to open their doors again in coming weeks.  I certainly hope something can be done to prevent this.

Best regards,
Daren



**Daren B. Pietsch | President**
**Office** 912.324.7415  **Mobile** 912.399.4006
**Email** daren@torrasproperties.com
777 Gloucester Street, Suite 102
Brunswick, Georgia 31520

**From:** Tyler Vaughn <skiingvt@gmail.com>
**Sent:** Wednesday, June 28, 2023 10:54 AM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Subject:** [EXTERNAL] Re: The Well

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mathew- There has been a noticeable positive change downtown since the well was closed. As a business owner downtown I'd like to see the closure of The Well become a permanent change. Thanks!

Tyler Vaughn
415.971.2404

Sent from my iPhone


On Jun 28, 2023, at 9:11 AM, Mathew Hill <mhill@cityofbrunswick-ga.gov> wrote:


Good morning,

Thanks to those of you who have sent me comments regarding the state of downtown before / after the 65 day closure of the Well. If you have not commented and are thinking you might, Noon today is the deadline to have it in the record for the City's meeting this afternoon.
Thank you,
Mathew

Mathew Hill
Executive Director
Brunswick DDA
PO Box 684
Brunswick, GA 31521
912-265-4032
www.discoverbrunswick.com

**From:** Liane Brock <liane@wiregrassstudio.com>
**Sent:** Wednesday, June 28, 2023 9:50 AM
**To:** Mathew Hill <mhill@cityofbrunswick-ga.gov>
**Cc:** nathan@wiregrassstudio.com
**Subject:** [EXTERNAL] Re: The Well

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Matthew, thank you for the prompt.  Here are my comments:

City of Brunswick
City Commission

Dear City Commissioners,
I have lived and worked downtown since 1996.  Nathan and I have raised 3 kids here, sending them to St. Francis and Glynn Academy, and are invested in both residential and commercial property.  We love Brunswick and are among the City's biggest cheerleaders. The homeless and mentally ill population became out of control when the Well was operating, bringing violent crime and blight to downtown.  I implore you to do the right thing for the good citizens of downtown - my friends, neighbors, and fellow business owners – and do not allow the Well to operate as it did in the past.  Homelessness is a National problem that needs to be solved, but it is not fair to put us in harm's way to solve it.  There are other ways.
Sincerely,

Liane Brock, AIA
Wiregrass Studio Architects


If you need it in letter form, I have attached a PDF.  Thanks so much.
Liane C.V. Brock, AIA
Wiregrass Studio, Inc. Architects


On Wed, Jun 28, 2023 at 9:10 AM Mathew Hill <mhill@cityofbrunswick-ga.gov> wrote: