IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| THE CITY OF BRUNSWICK, GEORGIA, | * * * | |
| Plaintiff, | * * | |
| -VS- | * * | CIVIL ACTION NO.: CV223-92 |
| SOUTHEAST EDUCATIONAL SERVICES, INC., | * * * | |
| Defendant. | * | |

## SOUTHEAST EDUCATIONAL SERVICES, INC.'S RESPONSE TO NOTICE OF FILING DEFICIENCY

**SOUTHEAST EDUCATIONAL SERVICES, INC.**, Defendant in the above-styled case, files this Southeast Educational Services, Inc.'s Response to Notice of Filing Deficiency. By this Response, Southeast Educational Services, Inc. attaches the previously and erroneously overlooked The City of Brunswick's Motion for an Emergency Temporary Restraining Order and Brief in Support of Motion for an Emergency Temporary Restraining Order, Counsel has attached to and incorporated into this Response these documents as Exhibits "D" and "E" respectively.

Respectfully submitted this 8th day of August 2023.

/s/James A. Yancey, Jr.
JAMES A. YANCEY, JR.
Attorney for Southeast Educational Services, Inc.
State Bar of Georgia No.: 779725
James A. Yancey, Jr., Attorney at Law, P.C.
704 G Street
Brunswick, Georgia 31520-6749
(912) 265-8562 (Office)
(912) 265-8564 (Fax)
Email: jayjr@standinthegap.biz
C:\WPDOCS\CIVIL RIGHTS\M-Z\POLICE MISCONDUCT\M-Z\SOUTHEAST EDUCATIONAL SERVICES, INC.\M-Z\REMOVAL\NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Southeast Educational Services, Inc.'s Response to Notice of Deficiency upon counsel for the Plaintiff, Brian D. Corry, Esq, 1612 Newcastle Street, Suite 211, Brunswick, Georgia 31520-6781 by email at brian@msclawga.com.

This 8th day of August 2023.

/s/James A. Yancey, Jr.
JAMES A. YANCEY, JR.