# In the United States District Court for the Southern District of Georgia Brunswick Division

```
THE CITY OF BRUNSWICK, GEORGIA,    *
                                   *
        Plaintiff,                 *       CV 223-092
                                   *
    v.                             *
                                   *
SOUTHEAST EDUCATIONAL SERVICES,    *
INC.,                              *
                                   *
        Defendant.                 *
```

## ORDER

On August 4, 2023, Defendant Southeast Educational Services, Inc. filed a Notice of Removal, attempting to remove to this Court a case originally filed in Glynn County Superior Court. Dkt. No. 1. Attached to the notice is a collection of emails, letters and reports. Dkt. Nos. 1-1, 1-2, 1-3. Notably, no complaint or pleadings from the Superior Court were attached. See id. As a result, Defendant received a Notice of Filing Deficiency from the Court ordering Defendant to file the pleadings from the case it sought to remove. Dkt. No. 4. In response, Defendant has filed some, but perhaps not all, parts of the case it intends to remove. Docket entry five does contain Plaintiff's Motion and Brief in Support of an Emergency Temporary Restraining Order, and docket entry six contains Defendant's response. Dkt. Nos. 5, 6. Still notably absent

from the removal attempt is the actual complaint filed by Plaintiff. The Court presumes a complaint exists not only because that is how civil actions almost always begin, but also because Plaintiff's Emergency Motion repeatedly references a Verified Complaint. See Dkt. No. 5-1 at 2.

It is the responsibility of the removing party, the Defendant, to remove the whole case. Far from a mere formality, complete removal of the case is critical here, where an emergency motion has been filed and where, quite frankly, the Court has serious reservations that federal jurisdiction supports removal.

Rather than allow a case to languish between courts while removal is attempted in a piecemeal fashion and jurisdiction is slowly debated, Defendant is **ORDERED** to provide this Court with a complete record of all filings in this case lodged with Glynn County Superior Court by 10 o'clock a.m. on August 11, 2023. Defendant is required to serve Plaintiff's counsel with notice of this Order immediately. Additionally, both parties are **ORDERED** to file jurisdictional briefs by 5 o'clock p.m. on Monday, August 14, 2023.

**SO ORDERED**, this 10th day of August, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2